JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>AGAPE MISSION CHURCH, a California corporation; and Does 1-10,<br><br>                    Defendants. | Case No.: 2:21-cv-09081-SB-E<br><br>*Hon. Stanley Blumenfeld, Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  November 19, 2021<br>Trial Date:      Not on Calendar |

1

1    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before

2   it, and being fully advised finds as follows:

3        **IT IS ORDERED THAT:**

4        Plaintiff George Jones' action against Defendant Agape Mission Church is

5   dismissed with prejudice. Each party will be responsible for its own fees and costs.

6

7

8

9

10

11   Dated:  May 10, 2022

12                                         Hon. Stanley Blumenfeld, Jr.
                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2